```
MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 14, 2013
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD WILLYARD                                CIVIL ACTION

VERSUS                                         NUMBER: 12-1789

KOSTMAYER CONSTRUCTION,                        SECTION: "G"(5)
LLC, ET AL.

HEARING ON MOTION

APPEARANCES:   Beau Gelpi, Ashley Inabnet, David Shea

MOTION:

(1)  AIMS' Motion to Quash Deposition (Rec. doc. 43).
(2)  AIMS' Motion for Expedited Hearing on Motion to Quash (Rec. doc. 44).
(3)  Digital's Motion to Quash Deposition (Rec. doc. 46).
(4)  Digital's Motion for Expedited Hearing on Motion to Quash (Rec. doc. 47).

_____ :   Continued to

_____ :   No opposition

\_\_1\_\_ :   Opposition

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_2, 4\_ :   Granted.

_____ :   Denied.

MJSTAR(00:20)

 1, 3 :   Other. The deposition of AIMS shall go forward on February 25, 2013 and that of Digital shall go forward on March 19, 2013. As need be, plaintiff may amend his expert report to include any new information that is gleaned at AIMS' deposition. Any such supplementation must occur within seven days of the conclusion of the deposition.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE